UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | | |
|---|---|---|
| LESLIE TORGERSON | * | 1:22-cv-1008 |
| Plaintiff, | * | |
| -vs- | * | |
| ROBERTS COUNTY, SOUTH DAKOTA, TYLER APPEL, in his individual and official capacity; ZACHARY ANGERHOFER, in his individual and official capacity, WESLEY BOWSHER, in his individual and official capacity, ROSS TORGERSON, and TERRY TORGERSON | * | **DEFENDANTS ROBERTS COUNTY, TYLER APPEL, ZACHARY ANGERHOFER, AND WESLEY BOWSHER'S MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | * | |

## MOTION

Pursuant to Fed. R. Civ. P. 56(a), Defendants Roberts County, Tyler Appel, Zachary Angerhofer, and Wesley Bowsher respectfully move this Court to grant summary judgment in their favor. Defendants Tyler Appel, Zachary Angerhofer, and Wesley Bowsher, in their individual capacities, assert they are protected by the doctrine of qualified immunity and are entitled to judgment as a matter of law. Defendants Tyler Appel, Zachary Angerhofer, and Wesley Bowsher, in their official capacities, and Roberts County assert that they are entitled to judgment as a matter of law as to the plaintiff's municipal liability claims, to the extent they are even pled. Finally, the plaintiff's state law claims fail as a matter of law and should be dismissed.

This Motion is supported by the pleadings and files herein; the Affidavit of Ryan S. Vogel in Support of Defendants Roberts County, Tyler Appel, Zachary Angerhofer, and Wesley Bowsher's Motion for Summary Judgment; Defendants Roberts County, Tyler Appel, Zachary Angerhofer, and Wesley Bowsher's Statement of Undisputed Material Facts; and the Brief in Support of Defendants Roberts

County, Tyler Appel, Zachary Angerhofer, and Wesley Bowsher's Motion for Summary Judgment, which are served and filed herewith.

Dated this 20th day of November, 2023.

>RICHARDSON, WYLY, WISE, SAUCK
>& HIEB, LLP
>
>By _____
>Attorneys for Defendants Roberts County,
>Tyler Appel, Wesley Bowsher, and
>Zachary Angerhofer

Ryan S. Vogel
One Court Street
Post Office Box 1030
Aberdeen, SD  57402-1030
Telephone No. (605)225-6310
Email:  rvogel@rwwsh.com