UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION

| | |
|---|---|
| LESLIE TORGERSON,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERTS COUNTY, SOUTH DAKOTA, TYLER APPEL, in his individual and official capacities; ZACHARY ANGERHOFER, in his individual and official capacities; WESLEY BOWSHER, in his individual and official capacities; ROSS TORGERSON, TERRI TORGERSON,<br><br>Defendants. | 1:22-CV-01008-CBK<br><br>JUDGMENT |

The Court having entered its Memorandum Opinion and Order in this matter and after consideration of the same, it is hearby

ORDERED, ADJUDED and DECREED as follows:

1. Judgment is entered in favor of the defendants with costs to be hereafter taxed against the plaintiff by the Clerk and inserted in the amount of $_____.

DATED this 28th day of March, 2024.

BY THE COURT:

*[signature: Charles B. Kornmann]*

CHARLES B. KORNMANN
United States District Judge